**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN TRAVIS MOLLIVER ) | |
| ) | Civil Action No. 3:26-14 |
| Petitioner, ) | District Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith A. Pesto |
| v. ) | |
| ) | |
| MATTHEW HALE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER OF COURT**

AND NOW, this 20th day of February 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith Pesto on January 20, 2026, (Docket No. 3), recommending that Petitioner's Petition for a Writ of habeas Corpus should be dismissed for lack of jurisdiction without prejudice to filing a civil rights complaint, and further recommending no certificate of appealability should issue, and no objections having been filed, which were due for unregistered ECF users by February 6, 2026, and upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, (Docket No. 3), which is ADOPTED as the opinion of this Court,

IT IS ORDERED that Petitioner's Habeas Petition [1] is DISMISSED, without prejudice to filing a civil rights complaint;

IT IS FURTHER ORDERED that no certificate of appealability shall issue as the claims here are not appropriate for habeas relief and as such, the Court is without jurisdiction to issue a certificate of appealability;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  United States Magistrate Keith Pesto

John Travis Molliver
04-00035
Blair County Prison
419 Market Square Alley
Hollidaysburg, PA  16648